IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT
IN AND FOR CHARLOTTE COUNTY, FLORIDA
CIVIL ACTION

WILLIAM SUTHERLAND and
JANET SUTHERLAND, Husband and Wife,

    Plaintiffs,

vs.                                    CASE NO. 17000662CA

ESTES EXPRESS LINES (Corporation),
a foreign corporation,

    Defendant.
_____/

## PLAINTIFFS' COMPLAINT AND DEMAND FOR JURY TRIAL

### COUNT I

COMES NOW, the Plaintiff, WILLIAM SUTHERLAND, by and through the undersigned attorneys, and sues the Defendant, ESTES EXPRESS LINES (Corporation), a Foreign Corporation, and allege:

1. This is an action for damages that exceed $15,000.00 exclusive of interest and costs.

2. Upon information and belief, at all times herein mentioned, Defendant, ESTES EXPRESS LINES (Corporation) (hereinafter referred to as ESTES) was and still is a foreign corporation, duly organized and existing under and by virtue of the laws of the State of Virginia and was duly licensed and authorized to conduct business within the State of Florida and at all times herein mentioned was in the business of delivery of products from retail stores to their purchasers.

3. Upon information and belief, at all times herein mentioned, Plaintiff, WILLIAM SUTHERLAND, was residing in the City of Punta Gorda, Charlotte County, State

of Florida.

4. Sometime prior to November 18, 2014, Plaintiff, WILLIAM SUTHERLAND, purchased lattice from Home Depot Store located in the City of Port Charlotte, State of Florida, to be used at his mobile home located at Shell Creek Campground, 35711 Washington Loop Road, #100A, City of Punta Gorda, Charlotte County, State of Florida.

5. The delivery of the lattice was made by Defendant ESTES on November 18, 2014 at the SUTHERLAND mobile home as above described by an ESTES employee, exact name unknown at this time, who was then acting within the course and scope of his employment with Defendant ESTES.

6. The above mentioned lattice was loaded onto pallets. While in the back of the delivery truck, the ESTES employee used a hand truck to attempt to move the pallets from the truck onto the ground. While still in the back of the delivery truck and while using the hand truck, the ESTES employee lost control of the pallets causing the lattice and the pallets with a total weight in excess of several hundred pounds to fall out of the back of the delivery truck, striking Plaintiff, WILLIAM SUTHERLAND, causing resulting injuries as hereinafter described.

7. Defendant ESTES and its delivery driver had a duty to make delivery of the lattice without causing injury to the Home Depot customer, Plaintiff, WILLIAM SUTHERLAND.

8. Defendant ESTES and its driver breached this duty and was otherwise negligent as follows:

    a. In not unloading the lattice from the delivery truck in a safe manner;

    b. In not understanding and properly using the hand truck in a safe manner;

c. In not warning Plaintiff, WILLIAM SUTHERLAND, to stay clear of the delivery area.

9. As a result of the aforesaid negligence on the part of Defendant ESTES, and its delivery driver, Plaintiff, WILLIAM SUTHERLAND, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, aggravation of a previously existing condition, and numerous medical expenses. The losses are permanent and continuing in nature and Plaintiff, WILLIAM SUTHERLAND, will suffer such losses in the future.

WHEREFORE, Plaintiff, WILLIAM SUTHERLAND, sues the Defendant, ESTES EXPRESS LINES (Corporation), a foreign corporation, to the extent permitted under Florida law for compensatory damages in an amount in excess of $15,000.00, exclusive of interest and costs and demands a trial by jury of all issues triable as of right by a jury.

## COUNT II

COMES NOW the Plaintiff, JANET SUTHERLAND, and sues the Defendant, ESTES EXPRESS LINES (Corporation), a foreign corporation, and alleges:

10. Plaintiff, JANET SUTHERLAND, as wife of Plaintiff, WILLIAM SUTHERLAND, re-alleges the allegations set forth in Paragraphs one through eight, as if fully set forth herein and further alleges:

11. As a result of the negligence of Defendant, ESTES EXPRESS LINES (Corporation), a Foreign Corporation and its driver, Plaintiff, JANET SUTHERLAND, has been and will be deprived of her husband's services, comfort, society and attention, and has or will incur the reasonable value of expenses of hospitalization and medical care and

treatment necessarily or reasonably obtained by her husband in the past or to be obtained in the future.

WHEREFORE, Plaintiff, JANET SUTHERLAND, sues the Defendant, ESTES EXPRESS LINES (Corporation), a Foreign Corporation, for compensatory damages in an amount in excess of $15,000.00, exclusive of interest and costs and demands a trial by jury of all issues triable as of right by a jury.

> GOLDSTEIN, BUCKLEY,
> CECHMAN, RICE & PURTZ, P.A.
> Attorneys for Plaintiff
> P. O. Box 2366
> Fort Myers, Florida 33902
> (239) 334-1146
>
> By: /S/ DERRICK G. ISAAC
> DERRICK G. ISAAC
> Florida Bar No. 0088664

Service Email:
dgi@gbclaw.com
emr@gbclaw.com
blm@gbclaw.com